**Order filed September 29, 2011.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-00478-CV**

———————

**KIRK FORD, Appellant**

**V.**

**EG SYSTEMS, INC. d/b/a SCOTTS LAWNSERVICE, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-41307**

## O R D E R

Appellant's brief was due **September 7, 2011.** No brief or motion for extension of time has been filed.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **October 24, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM